ROBERT K. PHILLIPS
Nevada Bar No. 11441
ALYCE W. FOSHEE
Nevada Bar No. 14519
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
afoshee@psalaw.net

*Attorneys for Defendants*
*Walmart Inc. and*
*Wal-Mart Real Estate Business Trust*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MISTY JONES, individually,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. d/b/a WAL-MART SUPERCENTER #2592; WAL-MART REAL ESTATE BUSINESS TRUST; JOHN DOE and/or JANE DOE; DOES 1 through 100 an ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00713-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

party's own costs and attorney's fees.

DATED this 22 day of July, 2019.

**NAQVI INJURY LAW**

_____
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
ELIZABETH E. COLEMAN, ESQ.
Nevada Bar No. 12350
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147

*Attorneys for Plaintiff*
*Misty Jones*

DATED this 22 day of July, 2019.

**PHILLIPS, SPALLAS & ANGSTADT**

#12362
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
ALYCE W. FOSHEE, ESQ.
Nevada Bar No. 14519
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Walmart Inc. and*
*Wal-Mart Real Estate Business Trust*

*Misty Jones v. Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust*
*Case No.* **2:18-cv-00713-APG-GWF**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

Dated: July 23, 2019.

_____
**UNITED STATES DISTRICT JUDGE**